THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* MORRIS HICKS, Petitioner-Appellant.

(No. 59823;

First District (1st Division)—July 1, 1974.

PER CURIAM.
EGAN, P. J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.